**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO.52, et al, <br><br>              Plaintiff, <br><br>     *v.* <br><br> ELAINE CHAO, Secretary U.S. Department of Labor, et al, <br><br>              Defendant. | Case No. 1:07CV00173 |

**Consent Motion for Extension of Time for Defendant
USProtect Corporation to File its Answer or other Response to
the Complaint**

Defendant, U.S. Protect, Inc., ("US Protect"), through its undersigned counsel, respectfully requests an extension of time to file an answer or other response to Plaintiff's complaint until June 22, 2007. The reason for this request is so that the private party's answer or response will be due at the same time as the answer or response of the United States. Granting the extension will not delay the progress of the case as the case cannot proceed until the United States has answered or responded.

The Plaintiff has consented to this request.

                                                            Respectfully submitted,

                                                            EPSTEIN BECKER & GREEN, P.C.

                                                            _____/s/_____
                                                            Shlomo D. Katz
                                                            D.C. Bar No. 436030
                                                            1227 25th Street, N.W.
                                                            Washington, D.C. 20037
                                                            (202) 861-1809
                                                            Facsimile (202) 861-3509
                                                            E-mail skatz@ebglaw.com

DATED: May 14, 2007

DC:974645v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO.52, et al, <br><br>                    Plaintiff, <br><br>     v. <br><br> ELAINE CHAO, Secretary U.S. Department of Labor, et al, <br><br>                    Defendant. | Case No. 1:07CV00173 |

## Order

The Consent Motion for Extension of Time for Defendant USProtect Corporation to File its Answer or other Response to the Complaint is GRANTED.  The answer or other response of USProtect Corporation shall be filed on or before June 22, 2007.

_____