**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO.52, *et al*,<br><br>　　　　　　　　Plaintiff,<br><br>　　*v.*<br><br>ELAINE CHAO, Secretary U.S. Department of Labor, *et al*,<br><br>　　　　　　　　Defendant. | Case No. 1:07CV00173-CKK |

**Defendant USProtect Corporation's Motion for Entry of**
**Final Judgment of Dismissal with Prejudice Due to**
**Plaintiff's Failure to Oppose USProtect's Motion to**
**Dismiss**

Pursuant to Local Civil Rule 7(b), Defendant USProtect Corporation[1] ("USProtect"), through the undersigned counsel, respectfully asks the Court to enter a final judgment dismissing with prejudice all claims against USProtect. In support of its motion, USProtect states as follows:

　　　　1.　　On May 21, 2007, USProtect filed a timely "Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim upon which Relief Can Be Granted."

　　　　2.　　Pursuant to Local Civil Rule 7(b), plaintiff's memorandum of points and authorities in opposition to USProtect's motion was required to have been filed within eleven (11) days, i.e., on or before Friday, June 1, 2007.

　　　　3.　　Local Civil Rule 7(b) states that: "If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."

---

[1]　The Defendant is incorrectly identified in the Complaint as "U.S. Protect, Inc."

-2-

4.  As of today (June 18, 2007), plaintiff has filed no such memorandum. Accordingly, plaintiff must be deemed to have consented to USProtect's motion to dismiss, and final judgment should be entered dismissing the complaint against USProtect with prejudice.

          Respectfully submitted,

          EPSTEIN BECKER & GREEN, P.C.

          /s/ Shlomo D. Katz
          Shlomo D. Katz (D.C. Bar No. 436030)
          Daniel B. Abrahams (D.C. Bar No. 375334)
          1227 25th Street, N.W.
          Suite 700
          Washington, D.C. 20037
          (202) 861-1809
          Facsimile (202) 861-3509
          skatz@ebglaw.com

          Counsel to Defendant USProtect Corporation

Dated: June 18, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO.52, et al, <br><br> Plaintiff, <br><br> *v*. <br><br> ELAINE CHAO, Secretary U.S. Department of Labor, et al, <br><br> Defendant. | Case No. 1:07CV00173-CKK |

## Order

    THIS COURT having considered Defendant USProtect Corporation's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim upon which Relief Can Be Granted and the plaintiff having failed to file any opposition thereto, it is hereby

    ORDERED that the Complaint against Defendant USProtect Corporation is dismissed with prejudice, and

    ORDERED that final judgment be entered in accordance with this order.

    _____

-2-

Copies to:

Shlomo D. Katz
Daniel B. Abrahams
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
skatz@ebglaw.com

Leslie Deak
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington D.C. 20005
deaklaw@comcast.net

Hon. Elaine Chao
Secretary, U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Hon. Paul DeCamp
Administrator, Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Hon. Michael Chertoff
Secretary, U.S. Department of Homeland Security
Washington, D.C. 20528

Hon. Paul R. Durette
Acting Director
Federal Protective Service
U.S. Department of Homeland Security
Washington, D.C. 20528