UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52., *et al.*,<br><br>  Plaintiffs,<br><br>    v.<br><br>ELAINE CHAO, SECRETARY U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>  Defendants. | Civil Action No. 07–173 (CKK) |

**ORDER**
(June 19, 2007)

On May 21, 2007, Defendant USProtect Corporation filed a Motion to Dismiss in this case, titled [4] "Defendant USProtect Corporation's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim upon which Relief Can be Granted." Pursuant to Local Civil Rule 7(b),

> Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

LCvR 7(b). As of the instant date, June 19, 2007, Plaintiffs have failed to file any response. Accordingly, as the time allotted in Local Civil Rule 7(b) has passed, the Court shall treat Defendant USProtect Corporation's Motion to Dismiss as conceded.

Accordingly, it is, this 19th day of June, 2007, hereby

ORDERED that [4] Defendant USProtect Corporation's Motion to Dismiss for Lack of

Subject Matter Jurisdiction and Failure to State a Claim upon which Relief Can be Granted is GRANTED; it is also

ORDERED that [5] Defendant USProtect Corporation's Motion for Entry of Final Judgment of Dismissal with Prejudice Due to Plaintiff's Failure to Oppose USProtect's Motion to Dismiss is GRANTED; it is also

ORDERED that this action is DISMISSED WITH PREJUDICE against Defendant US Protect Corporation.

                                                                    /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge