# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al.,<br><br>        Defendants. | Civil Action No. 07-0173 (CKK) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendants in the above-captioned case.

        Respectfully submitted,

         /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139 (telephone)
        (202) 514-8780 (facsimile)
        Michelle.Johnson@usdoj.gov

        COUNSEL FOR THE FEDERAL DEFENDANTS