IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary,<br>United States Department of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 07-0173 (CKK) |

**DEFENDANT THE DEPARTMENT OF HOMELAND SECURITY'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Michael Chertoff, Secretary of the United States Department of Homeland Security, and Paul Durette, Acting Director, Federal Protective Service, United States Department of Homeland Security, through counsel, respectfully moves this Court for an extension of time to file their response to Plaintiffs' Complaint, up to and including July 30, 2007. In support of this motion, Defendants state the following:

  1. Plaintiffs, United Government Security Officers of America, International Union, and Local No. 52 ("UGSOA"), filed their action in this Court on January 24, 2007. UGSOA are the certified bargaining unit representatives for employees of U.S. Protect, who provide security services at various federal facilities in the San Diego, California, area. (Complaint ¶ 2).

Plaintiffs seek a writ of mandamus directing the United States Department of Labor[1] and the DHS to comply with an administrative law judge decision requiring DOL to issue a new wage determination regarding the payment of wages to UGSOA's workers.

    2.    Service of the complaint was perfected on April 25, 2007.  Defendant DHS' response to the complaint is due on or before June 25, 2007.

    3.    The undersigned counsel has been in contact with DHS and has been informed that DHS is in the process of complying with the administrative decision at issue in this case. However, this process will take some time as there are several issues regarding implementation of the administrative decision that must be resolved.  For this reason, DHS is seeking an extension of time, up to and including July 30, 2007, in which to respond to the complaint.

    4.    Good cause exists for the Court to grant this motion because the issues involved in this matter may be resolved, or significantly limited, if DHS is permitted to attempt to resolve the issues it has identified regarding implementation of the administrative decision at issue in this case.

    5.    Pursuant to LCvR 7(m), counsel for Defendants contacted Plaintiffs' counsel who indicated that Plaintiffs do not oppose the relief sought herein.

Dated: June 20, 2007

                                                     Respectfully submitted,

                                                       /s/ Jeffrey A. Taylor
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                     /s/ Rudolph Contreras
                                                    RUDOLPH CONTRERAS, D.C. BAR #  434122
                                                    Assistant United States Attorney

---

[1] The Department of Labor expects to file a timely response to Plaintiffs' complaint.

    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary,<br>United States Department of Homeland Security, et al.,<br><br>            Defendants. | Civil Action No. 07-0173 (CKK) |

### ORDER

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file its response to Plaintiffs' complaint on or before July 30, 2007.

**SO ORDERED** this _____ day of _____, 200__.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge