IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE CHAO, Secretary, United States Department of Labor, et al., <br><br> Defendants. | Civil Action No. 07-0173 (CKK) |

## THE DEPARTMENT OF LABOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Elaine Chao, Secretary, United States Department of Labor ("DOL"), and Paul DeCamp, Administrator, Wage and Hour Division, DOL, respectfully submit their Motion for Summary Judgment. Defendants' memorandum of law and other supporting materials accompany their motion to dismiss (Docket No. 9).

Dated: June 25, 2007

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office

        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANTS

Of Counsel:

JONATHAN L. SNARE
Acting Solicitor of Labor
STEVEN J. MANDEL
Associate Solicitor
WILLIAM C. LESSER
Deputy Associate Solicitor
JONATHAN M. KRONHEIM
Counsel for Trial Litigation
JENNIFER R. MARION
Attorney
United States Department of Labor
Officer of the Solicitor
Room N-2716
200 Constitution Avenue, N.W.
Washington, DC 20210
Office of the Solicitor
Washington, DC 20210