UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA LOCAL UNION NO. 52,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 07-0173(CKK) ) ) |
| **ELAINE CHAO,** **Secretary, U.S. Department of Labor,** *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANT CHAO'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGEMENT**

COMES NOW Plaintiffs United Government Security Officers of America Local Union 52 ("UGSOA Local 52") and United Government Security Officers of America International Union ("UGSOA"), by and through counsel, and respectfully request an enlargement of time in which to file a response to Defendant Chao's Motion to Dismiss or, in the alternative, for Summary Judgement. Plaintiffs request an enlargement of time until July 30, 2007, in which to file their Response to the Motion. Defendant Chao has consented to this enlargement of time and this Motion.

The parties in this case are in the process of negotiating a settlement. They have held numerous discussions regarding settlement and Plaintiffs believe resolution is imminent, which would render any need for responding to Defendant's Motion moot. Plaintiffs seek additional time in order to allow the parties to complete their settlement negotiations before spending scarce time and resources responding to Defendant's Motion.

Accordingly, Plaintiffs respectfully request that this Court grant this Consent Motion and allow them to file their Response to Defendant Chao's Motion to Dismiss or, in the alternative, for Summary Judgement on or before July 30, 2007.

Respectfully Submitted,

/s/
_____
Leslie Deak, D.C. Bar No. PA0009
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005
Tel.:   (512) 322-3911
Fax:   (512) 322-3910
deaklaw@comcast.net


/s/
_____
John A. Tucker
John A. Tucker Co., L.P.A.
1 South Main Street, Suite 301
Akron, OH 44308
Tel.:   (330) 253-7100
Fax:   (330) 253-2500
jatucker@tuckerlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the below-listed parties the attached document on this date, the 17th of July, 2007, via electronic mail.

Michelle N. Johnson
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Room E4212
Washington, D.C.  20530


                                                    /s/
                                          _____
                                          Leslie Deak

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA LOCAL UNION NO. 52,** *et al.*,  <br><br>   Plaintiffs, <br><br> v. <br><br> **ELAINE CHAO,** <br>**Secretary, U.S. Department of Labor,** *et al.*, <br><br>   Defendants. | Case No.: 07-0173(CKK) |

**ORDER**

WHEREFORE, UPON CONSIDERATION of the Consent Motion for Enlargement of Time for Plaintiffs to Respond to Defendant Chao's Motion to Dismiss or, in the alternative, for Summary Judgement, and in light of good cause shown and no opposition thereto, it is on this date, the ___ of July, 2007, hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is also hereby

ORDERED that Plaintiffs have leave to file their Response to Defendant Chao's Motion to Dismiss or, in the alternative, for Summary Judgement on or before July 30, 2007.

_____
Judge