**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 07-0173 (CKK) |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Michael Chertoff, Secretary of the United States Department of Homeland Security ("DHS"), and Paul Durette, Acting Director, Federal Protective Service, United States Department of Homeland Security, through counsel, respectfully move this Court for a one-week extension of time to file their response to Plaintiffs' First Amended Complaint, up to and including August 20, 2007. In support of this motion, Defendants state the following:

1. Plaintiffs, United Government Security Officers of America, International Union, and Local No. 52 ("UGSOA"), filed their action in this Court on January 24, 2007. UGSOA are the certified bargaining unit representatives for employees of U.S. Protect, who provide security services at various federal facilities in the San Diego, California, area. (Complaint ¶ 2). In their initial complaint, Plaintiffs sought a writ of mandamus directing the United States Department of

Labor and the DHS to comply with an administrative law judge decision requiring DOL to issue a new wage determination regarding the payment of wages to UGSOA's workers.

2.  On July 27, 2007, Plaintiffs filed their First Amended Complaint, naming the DHS Defendants as the sole defendants. In addition to their request for mandamus relief, Plaintiffs also seek declaratory relief. Pursuant to Fed. R. Civ. P. 15(a), Defendants' response to the amended complaint is due on or before August 13, 2007.

3.  The undersigned counsel has been in ongoing contact with DHS regarding Defendants' response to the complaint. However, due to the undersigned counsel's other case commitments the prior two weeks, and travel this week by agency counsel, the undersigned has not yet been able to finalize a response to the amended complaint. For this reason, the DHS Defendants seek a one-week extension of time, up to and including August 20, 2007, in which to respond to the complaint.

4.  Pursuant to LCvR 7(m), counsel for Defendants contacted Plaintiffs' counsel who indicated that Plaintiffs will not oppose the relief sought herein.

Dated: August 9, 2007

                                        Respectfully submitted,

                                           /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                           /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #  434122
                                        Assistant United States Attorney

                                           /s/ Michelle N. Johnson
                                        MICHELLE N. JOHNSON, D.C. BAR # 491910
                                        Assistant United States Attorney
                                        United States Attorney's Office

Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 07-0173 (CKK) |

### ORDER

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the First Amended Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiffs' amended complaint on or before August 20, 2007.

**SO ORDERED** this ____ day of _____, 2007.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge