IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary,<br>United States Department of Homeland Security, et al.,<br><br>            Defendants. | Civil Action No. 07-0173 (CKK) |

## DEFENDANTS' (SECOND) CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Michael Chertoff, Secretary of the United States Department of Homeland Security ("DHS"), and Paul Durette, Acting Director, Federal Protective Service, United States Department of Homeland Security, through counsel, respectfully move this Court for an additional extension of time to file their response to Plaintiffs' First Amended Complaint, up to and including August 31, 2007. In support of this motion, Defendants state the following:

      1.    Plaintiffs, United Government Security Officers of America, International Union, and Local No. 52 ("UGSOA"), filed their action in this Court on January 24, 2007. UGSOA are the certified bargaining unit representatives for employees of U.S. Protect, who provide security services at various federal facilities in the San Diego, California, area. (Complaint ¶ 2). In their initial complaint, Plaintiffs sought a writ of mandamus directing the United States Department of

Labor and the DHS to comply with an administrative law judge decision requiring DOL to issue a new wage determination regarding the payment of wages to UGSOA's workers.

2. On July 27, 2007, Plaintiffs filed their First Amended Complaint, naming the DHS Defendants as the sole defendants. In addition to their request for mandamus relief, Plaintiffs also seek declaratory relief. Pursuant to Fed. R. Civ. P. 15(a), Defendants' response to the amended complaint was due on or before August 13, 2007. Defendants requested and were granted an extension of time until August 20, 2007, to file their response to the amended complaint.

3. Defendants are requesting an additional extension of nine business days to file their response. Due to several filings in other cases, the undersigned counsel has not had an opportunity to fully research the issues raised by Plaintiffs' amended complaint. Furthermore, agency counsel requires additional time to provide necessary information to the undersigned counsel pertaining to the agency's response to the complaint. Good cause supports this request because Defendants anticipate filing a dispositive motion in response to the complaint that may resolve most, if not all, of the issues raised in Plaintiffs' complaint.

4. Pursuant to LCvR 7(m), counsel for Defendants contacted Plaintiffs' counsel regarding the relief sought herein. Plaintiffs' counsel stated that he will not oppose the relief sought herein.

Dated: August 20, 2007

                                            Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 07-0173 (CKK) |

## ORDER

This matter having come before this Court on Defendants' (Second) Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the First Amended Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiffs' first amended complaint on or before August 31, 2007.

**SO ORDERED** this ____ day of _____, 2007.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge