**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED GOVERNMENT SECURITY** | ) | |
| **OFFICERS OF AMERICA,** | ) | |
| **LOCAL UNION NO. 52,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 07-0173(CKK) |
| v. | ) | |
| | ) | |
| **ELAINE CHAO,** | ) | |
| **Secretary, U.S. Department of Labor,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Now come the Plaintiffs in the above captioned matter and hereby move this

Court to enlarge the time for the filing of their Memorandum in Opposition to the

Defendants' Motion to Dismiss filed on August 31, 2007, from the current due date of

September 13, 2007 until September 28, 2007.  Plaintiffs have consulted with opposing

counsel and Defendants do not oppose this Motion.

The basis for this request lies in the fact that undersigned counsel for the

Plaintiffs have numerous pre-existing commitments in other pending cases which has

made it difficult to devote the time needed to fully address the issues presented in the

subject Motion.  The additional time requested will provide the time needed to finalize

commitments in other pending cases, fully assess the Motion and prepare a meaningful

Opposition to the same.

Wherefore, the Plaintiffs respectfully request that their Motion be granted in its

entirety.

Respectfully submitted,

/s/

_____
Leslie Deak, Esq. [PA0009]
**Law Offices of Leslie Deak**
1200 G. Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005
deaklaw@comcast.com

/s/

_____
John A. Tucker (0052055 – OH.S.Ct.)
**John A. Tucker Co., L.P.A.**
1 South Main Street, Suite 301
Akron, OH   44308
Phone:  (330) 253-7100
Fax:     (330) 253-2500
jatucker@jatuckerlaw.com

ATTORNEYS FOR PLAINTIFFS
INTERNATIONAL UNION, UGSOA and
UGSOA LOCAL 52

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the

Defendants via the Court's ECF system this 12th day of September, 2007.

/s/

_____
Leslie Deak

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS | ) | |
| OF AMERICA LOCAL UNION NO. 52, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 07-0173(CKK) |
| v. | ) | |
| | ) | |
| ELAINE CHAO, | ) | |
| Secretary, U.S. Department of Labor, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

WHEREFORE, UPON CONSIDERATION of the Plaintiffs' Motion for Enlargement of

Time to Respond to Defendants' Motion to Dismiss, and in light of good cause shown and no

opposition thereto, it is on this date, the ___ of September, 2007,

hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is also hereby

ORDERED that Plaintiffs have leave to file their Opposition to Defendants' Motion to

Dismiss on or before September 28, 2007.


_____
Judge