UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA LOCAL UNION NO. 52**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07-0173(CKK) |
| v. | ) ) | |
| **ELAINE CHAO,** **Secretary, U.S. Department of Labor**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGEMENT**

Now come the Plaintiffs/Petitioners in the above captioned matter and hereby move this Court to enlarge the time for the filing of their Memorandum in Opposition to the Defendants' Motion to Dismiss from the current due date of September 28, 2007 until October 2, 2007.

The basis for this request is due to a family medical emergency which occurred on the afternoon of September 27, 2007 for an associate staff attorney in the law firm of John A. Tucker Co., L.P.A., who was assigned to this project. Due to the serious nature of the emergency, the attorney assigned to this matter will not be able to complete the Memorandum in Opposition on which he was working and which was scheduled to be filed on September 28, 2007 by the undersigned.

The additional time will allow the undersigned to review the work completed thus far and to complete the preparation of the Memorandum in Opposition. The undersigned have consulted with opposing counsel who has indicated that the Defendants consent to the requested extension.

Wherefore, the Plaintiffs respectfully request that their Motion be granted in its entirety.

        Respectfully submitted,

        /s/
        _____
        Leslie Deak, Esq. [PA0009]
        **Law Offices of Leslie Deak**
        1200 G. Street, N.W.
        Suite 800, No. 099
        Washington, D.C.  20005
        deaklaw@comcast.com

        /s/
        _____
        John A. Tucker (0052055 – OH.S.Ct.)
        **John A. Tucker Co., L.P.A.**
        1 South Main Street, Suite 301
        Akron, OH   44308
        Phone:  (330) 253-7100
        Fax:     (330) 253-2500
        jatucker@jatuckerlaw.com

        ATTORNEYS FOR PLAINTIFFS,
        INTERNATIONAL UNION, UGSOA and
        UGSOA LOCAL 52

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the Defendants via the Court's ECF system this 28th day of September, 2007.

        /s/
        _____
        Leslie Deak

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA LOCAL UNION NO. 52**, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>**ELAINE CHAO,**<br>**Secretary, U.S. Department of Labor**, *et al.*, )<br><br>Defendants. ) | Case No.: 07-0173(CKK) |

## ORDER

WHEREFORE, UPON CONSIDERATION of the Consent Motion for Enlargement of Time for Plaintiffs to Respond to Defendants' Motion to Dismiss, and in light of good cause shown and no opposition thereto, it is on this date, the ___ of September, 2007, hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is also hereby

ORDERED that Plaintiffs have leave to file their Opposition to Defendants' Motion to Dismiss on or before October 2, 2007.

_____
Judge