IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 07-0173 (CKK) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Michael Chertoff, Secretary of the United States Department of Homeland Security, and Paul Durette, Acting Director, Federal Protective Service, United States Department of Homeland Security, through counsel, respectfully move this Court an extension of time, up to and including October 12, 2007, to file their reply brief in further support of their motion to dismiss the first amended complaint.

Defendants filed their motion to dismiss the first amended complaint on August 31, 2007. Plaintiffs filed an opposition to this motion on October 2, 2007. Defendants' reply brief is due today, October 10, 2007. Defendants are requesting an additional two business days to finalize their reply to plaintiff's response in opposition to defendants' motion to accommodate the

undersigned counsel's work schedule.  Due to several other pending matters, the undersigned counsel has not had an opportunity to fully respond to the issues raised by plaintiffs in their opposition and requires an additional two business days to finalize defendants' reply brief.

Pursuant to LCvR 7(m), counsel for defendants contacted plaintiffs' counsel regarding the relief sought herein.  Plaintiffs' counsel stated that he will not oppose the relief sought herein.

Dated: October 10, 2007

>Respectfully submitted,

>   /s/ Jeffrey A. Taylor
>JEFFREY A. TAYLOR, D.C. BAR # 498610
>United States Attorney

>   /s/ Rudolph Contreras
>RUDOLPH CONTRERAS, D.C. BAR # 434122
>Assistant United States Attorney

>   /s/ Michelle N. Johnson
>MICHELLE N. JOHNSON, D.C. BAR # 491910
>Assistant United States Attorney
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W. – Room E4212
>Washington, D.C. 20530
>(202) 514-7139

>COUNSEL FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 07-0173 (CKK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to File Their Reply in Further Support of Their Motion to Dismiss the First Amended Complaint, it is hereby

**ORDERED** that defendants' motion is granted.  And it is further

**ORDERED** that defendants' may have up to and including October 12, 2007, in which to file their reply brief in further support of their motion to dismiss the first amended complaint.

**SO ORDERED** on this _____ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE