# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Director, United States Department of Homeland Security, <br><br> and <br><br> GARY SCHENKEL, Director, Federal Protective Service, United States Department of Homeland Security, <br><br> Defendants. | Civil Action No. 07-0173 (CKK) |

**NOTICE REGARDING EXHIBIT TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Defendants hereby file their notice to the Court regarding an exhibit that was inadvertently omitted from defendants' reply brief. Exhibit A to the reply brief is attached to this notice.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122

Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

# EXHIBIT A

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 \| 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00007 | 03/07/2006 | PJ6R94003MOD7 | |

| 6. ISSUED BY | CODE | ICE/FPS/WEST CCG | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/FPS/WEST CCG |
|---|---|---|---|---|---|
| ICE/FPS/West CCG/Region 8<br>Immigration and Customs Enforcement<br>Federal Protective Service<br>Office of Acquisition Management<br>Federal Ctr, Bldg 44, PO Box 25266<br>Denver CO 80225 | | | ICE/FPS/West CCG/Region 9<br>Immigration and Customs Enforcement<br>Ofc of Acquisition Management - FPS<br>450 Golden Gate Avenue, Room 5474<br>Attn: Charlotte Dominguez<br>San Francisco CA 94102 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| USPROTECT CORPORATION<br>801 ROEDER ROAD STE 1000<br>SILVER SPRING MD 209104458 | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>GS09P00NZD0002<br>HSCENZ-06-F-F00008 |
| CODE  055173863  FACILITY CODE | | 10B. DATED (SEE ITEM 11)<br>11/22/2005 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $494,831.95 |
|---|---|---|
| PJ6R94003 .FPS 0005.P05.PP.401021000.  19 69010020000000.GE251F00.000 000 | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.<br>CHANGES CLAUSE 52.243-1 (AUG 1987) |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor  ☒ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this Modification P00007 is to incorporate the Dept of Labor's Administrative Law Judge (ALJ) Decision of 3/7/2006 into this order and Contract GS09P00NZD0002. The Decision increased the hourly rate for Guard II classification in Wage Determination #94-2057, and is applicable to employees covered by the CBA between USProtect and the UGSOA Local 52 which perform Guard II services only in the County of San Diego. Details are provided on the following page and on the attached spreadsheet.

Order HSCENZ-06-F-F00008 is hereby increased by
$494,831.95, from $11,104,334.64 to a new total amount of $11,599,166.59.

All other terms and conditions remain unchanged.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Edward Paker |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 20 Sep 07 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA·
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS09P00NZD0002/HSCENZ-06-F-F00008/P00006 | | | PAGE<br>2 | OF<br>3 |
|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR<br>USPROTECT CORPORATION | | | | | |

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Total Amount for this Modification: $287.82<br>Obligated Amount for this Modification: $287.82<br><br>CHANGES FOR LINE ITEM NUMBER: 24A<br>Quantity changed from 250 to 256<br>Total Amount changed<br>from $11,992.50 to $12,280.32<br>Obligated Amount for this modification: $287.82<br><br>CHANGES FOR ACCOUNTING CODE:<br>PJ6R94003.FP96T94.000.FP.401022000.<br>196901003000000.GE251F00.CA5939<br>Quantity changed from 250 to 256<br>Amount changed from $11,992.50 to $12,280.32<br><br>Discount Terms:<br>      Net 30<br>Delivery Location Code: CA5939<br>1ST NATL BANK BLDG<br>401 WEST A STREET<br>SAN DIEGO CA<br><br>FOB: Destination<br>Period of Performance: 09/14/2006 to 09/30/2006<br><br>Change Item 0024 A to read as follows(amount shown is the obligated amount): | | | | |
| 0024 A | Exhibit 7Z<br>OVERTIME HOURS ONLY:<br><br>Increase service for DOJ/EOIR by .5 hours effective 9/14/06 as follows:<br><br>From: 1530-1630, M-F(-H)<br>To:   1600-1730, M-F(H)<br><br>This results in an increase of 6 hours from 250 to 256 hours.<br>Revised Exhibit attached.<br><br>————————————————<br><br>Line item 0024, Exhibit 7Z<br>Change hours, effective 9/14/06, as follows:<br><br>From:  0730-1530, M-F(-H)<br>       0830-1630, M-F(-H)<br>Continued ... | 256 | HR | 47.97 | 287.82 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS09P00NZD0002 /HSCENZ-06-F-F00008/P00006 | | | PAGE<br>3 | OF<br>3 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
USPROTECT CORPORATION

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | TO:    0730-1530, M-F(-H)<br>          0800-1600, M-F(-H)<br><br>No cost Change | | | | |