IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Director, United States Department of Homeland Security, <br><br> and <br><br> GARY SCHENKEL, Director, Federal Protective Service, United States Department of Homeland Security, <br><br> Defendants. | Civil Action No. 07-0173 (CKK) |

**NOTICE TO THE COURT REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendants, Michael Chertoff, Secretary of the United States Department of Homeland Security ("DHS"), and Gary Schenkel, Director of Federal Protective Service ("FPS"), through counsel, respectfully file their Notice to the Court Regarding Plaintiffs' Motion for Leave to File Surreply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss.

While counsel for defendants did consent to plaintiffs' filing a surreply to address defendants' Exhibit A, which had been attached for the first time to defendant's reply brief, the terms of this consent was explicitly limited to plaintiffs addressing Exhibit A.  See attached Ex.

1, e-mail dated October 29, 2007. This consent was not to permit plaintiffs to rehash arguments they previously made in their opposition to defendants' motion or to address other arguments aside from the Exhibit. Defendants view plaintiffs' surreply as addressing arguments beyond the newly attached exhibit, particularly pages 3-6 (from the second full paragraph on page three to the last sentence before the first full paragraph on page 6), and ask that the Court disregard these arguments.

                                                Respectfully submitted,

                                                /s/ Jeffrey A. Taylor
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                               /s/ Rudolph Contreras
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                             /s/ Michelle N. Johnson
                                            MICHELLE N. JOHNSON, D.C. BAR # 491910
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Civil Division
                                            555 4th Street, N.W. – Room E4212
                                            Washington, D.C. 20530
                                            (202) 514-7139

                                              COUNSEL FOR DEFENDANTS

Of Counsel:
Jennifer Longmeyer-Wood
D.C. Bar # 470356
Associate Legal Advisor
Department of Homeland Security
Immigration and Customs Enforcement
425 I Street, NW, Suite 6100
Washington, DC 20536

**Johnson, Michelle (USADC)**

| | |
|---|---|
| **From:** | John A. Tucker [jatucker@jatuckerlaw.com] |
| **Sent:** | Monday, October 29, 2007 8:52 AM |
| **To:** | Johnson, Michelle (USADC) |
| **Subject:** | RE: Local 52 DHS |
| **Attachments:** | image002.jpg; image003.jpg |

Ok.



Attorney at Law

 JOHN A. TUCKER, CO., L.P.A.  The United Building, 1 South Main Street, Suite 301, Akron, Ohio 44308 ■ (330) 253-7100
Attorney & Counselor at Law
OSBA Board Certified Specialist in Labor and Employment Law ■ jatucker@jatuc

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.

---

**From:** Johnson, Michelle (USADC) [mailto:Michelle.Johnson@usdoj.gov]
**Sent:** Monday, October 29, 2007 8:37 AM
**To:** John A. Tucker
**Subject:** RE: Local 52 DHS

Mr. Tucker – My objection remains as it concerns any surreply addressing matters outside of the new exhibit.

Thanks,
Michelle

---

**From:** John A. Tucker [mailto:jatucker@jatuckerlaw.com]
**Sent:** Friday, October 26, 2007 3:29 PM
**To:** Johnson, Michelle (USADC)
**Subject:** RE: Local 52 DHS

Ms. Johnson: I misspoke, the sur-reply addresses the arguments you have made that center around Exhibit A and the process under the SCA. Thanks, John



Attorney at Law



JOHN A. TUCKER, CO., L.P.A.  The United Building, 1 South Main Street, Suite 301, Akron, Ohio 44308 ■ (330) 253-7100
Attorney & Counselor at Law
OSBA Board Certified Specialist in Labor and Employment Law ■ jatucker@jatuc

1

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.

---

**From:** Johnson, Michelle (USADC) [mailto:Michelle.Johnson@usdoj.gov]
**Sent:** Tuesday, October 23, 2007 6:43 PM
**To:** John A. Tucker
**Cc:** deaklaw@comcast.net
**Subject:** RE: Local 52 DHS

Mr. Tucker – To the extent you seek to file a surreply addressing the new exhibit attached to my reply brief, I have no objection. To the extent you are filing your surreply to address what you term "revised arguments" I do oppose. I do not read defendants' reply brief to have "revised" any of defendants' prior arguments; rather defendants addressed arguments specifically raised by plaintiffs' opposition, which defendants were entitled to do.

Thanks,
Michelle

---

**From:** John A. Tucker [mailto:jatucker@jatuckerlaw.com]
**Sent:** Tuesday, October 23, 2007 3:40 PM
**To:** Johnson, Michelle (USADC)
**Cc:** deaklaw@comcast.net
**Subject:** Local 52 DHS

Michele: In light of the revised arguments and new exhibit attached to your brief I am filing a motion for leave to file a sur-reply. I am consulting with you per the local rules regarding the same. Please let me know if you will oppose the motion. Thanks, John

*John A. Tucker*
Attorney at Law



JOHN A. TUCKER, CO., L.P.A.
*Attorney & Counselor at Law*

The United Building, 1 South Main Street, Suite 301, Akron, Ohio 44308 ■ (330) 253-7100
OSBA Board Certified Specialist in Labor and Employment Law ■ jatucker@jatuc

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.