UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED GOVERNMENT SECURITY
OFFICERS OF AMERICA, LOCAL NO. 52,
*et al.*,

    Plaintiffs,

    v.

MICHAEL CHERTOFF,
Secretary, United States Department of
Homeland Security, *et al.*,

    Defendants.

Civil Action No. 07-173 (CKK)

**ORDER**
(June 30, 2008)

The Court has reviewed the Parties' briefing with respect to Defendants' [15] Motion to Dismiss Plaintiffs' Amended Complaint. The Court notes that the decision issued by Administrative Law Judge Paul A. Mapes, which is attached to the Amended Complaint and is at issue in this case, expressly relied on the provisions of 29 C.F.R. § 4.163(c) to direct the Administrator of the Department of Labor's Wage and Hour Division to issue a new wage determination. *See* Am. Compl., Ex. A at 5. That regulation states, in relevant part:

> If, as the result of [a section 4(c)] hearing, some or all of the wage rate and/or fringe benefit provisions of a predecessor contractor's collective bargaining agreement are found to be substantially at variance with the wage rates and/or fringe benefits prevailing in the locality, the Administrator will cause a new wage determination to be issued in accordance with the decision of the Administrative Law Judge or the Administrative Review Board, as appropriate. Since "it was the clear intent of Congress that any revised wage determinations resulting from a section 4(c) proceeding were to have validity with respect to the procurement involved" (53 Comp. Gen. 401, 402, 1973), *the solicitation, or the contract if already awarded, must be amended to incorporate the newly issued wage determination*.

29 C.F.R. § 4.163(c) (emphasis added).

This provision appears to indicate that once an Administrative Law Judge issues its decision, a contracting agency must amend its service contract to incorporate the resulting wage determination. For reasons that are unclear, however, neither Party addresses this provision in their briefs associated with Defendants' Motion to Dismiss.

Accordingly, it is, this 30th day of June, 2008, hereby

**ORDERED** that Defendants shall file a narrow supplemental brief on the discrete issue of what effect, if any, this provision has on Plaintiffs' claims for relief, on or before July 15, 2008; it is further

**ORDERED** that Plaintiffs shall file a narrow response to Defendants' supplemental brief on the discrete issue of what effect, if any, this provision has on Plaintiffs' claims for relief, on or before July 29, 2008; and it is further

**ORDERED** that no Reply shall be filed unless the Court reviews the Parties' supplemental briefs and deems it necessary.

**SO ORDERED.**

Date: June 30, 2008

                                               /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge