IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 52, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Director,<br>United States Department of Homeland Security,<br><br>and<br><br>GARY SCHENKEL,<br>Director,<br>Federal Protective Service,<br>United States Department of Homeland Security,<br><br>          Defendants. | Civil Action No. 07-0173 (CKK) |

### DEFENDANTS' SUPPLEMENTAL BRIEF AS ORDERED BY THE COURT

Defendants, Michael Chertoff, Secretary of the United States Department of Homeland Security ("DHS"), and Gary Schenkel, Director of Federal Protective Service ("FPS") (collectively referred to herein as "defendants" or the "DHS defendants") respectfully submit this supplemental brief as ordered by the Court.

On June 30, 2008, the Court issued an order requiring the parties to file supplemental briefs addressing 29 C.F.R. section 4.163(c). 29 C.F.R. section 4.163(c) provides, in pertinent part:

(c) Variance hearings. The regulations and procedures for hearings pursuant to

> section 4(c) of the Act are contained in § 4.10 of subpart A and parts 6 and 8 of this title.  If, as the result of such hearing, some or all of the wage rate and/or fringe benefit provisions of a predecessor contractor's collective bargaining agreement are found to be substantially at variance with the wage rates and/or fringe benefits prevailing in the locality, the Administrator will cause a new wage determination to be issued in accordance with the decision of the Administrative Law Judge or the Administrative Review Board, as appropriate.  Since 'it was the clear intent of Congress that any revised wage determinations resulting from a section 4(c) proceeding were to have validity with respect to the procurement involved' . . . *the solicitation, or the contract if already awarded, must be amended to incorporate the newly issued wage determination.*

29 C.F.R. § 4.163(c) (emphasis added).

The Court's June 30, 2008 Order notes that the "decision issued by Administrative Law Judge Paul A. Mapes, which is attached to the Amended Complaint and is at issue in this case, expressly relied on the provisions of 29 C.F.R. § 4.163(c) to direct the Administrator of the Department of Labor's Wage and Hour Division to issue a new wage determination."  Order at 1. The Court notes that "[t]his provision appears to indicate that once an Administrative Law Judge issues its decision, a contracting agency must amend its service contract to incorporate the resulting wage determination."  Id. at 2.  However, because neither party addressed this precise provision, the Court ordered that the parties supplement their pleadings to address "the discrete issue of what effect, if any, this provision has on Plaintiffs' claims for relief . . . ."  Id.

## ARGUMENT

Defendants contend that 29 C.F.R. section 4.163(c) does not have any bearing on the plaintiffs' claim for the extraordinary mandamus relief they seek and in fact supports defendants view that dismissal is appropriate for two separate reasons.

First, there has been no new wage determination that has been issued.  As 29 C.F.R. section 4.163(c) makes clear, it is only when there is a "newly issued wage determination" that

"the solicitation, or the contract . . . must be amended . . . ." In this case, as defendants argued in their motion for dismissal, no new wage determination was issued; rather, because the rates ordered by the ALJ were greater than those listed in the Department of Labor's ("DOL") existing prevailing wage determination for the locality, DOL notified the contracting agency of the new determination applicable to this specific contract by letter. See Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint ("Defs.' Mem.") at 4 & n.4; Defendants' Reply Brief in Further Support of Their Motion to Dismiss the First Amended Complaint ("Defs.' Reply") at 6 & n.4. Because there was no new wage determination that was issued, the defendants had no mandatory duty to act.

Second, even assuming that the Court finds that a new wage determination has been issued, as noted in defendants' reply memorandum, the DHS has now in fact modified the applicable contract to incorporate the ALJ's Order. See Defs.' Reply, Ex. A (Amendment of Solicitation/Modification of Contract dated September 20, 2007). Specifically, a modification was made

> to incorporate the Dept of Labor's Administrative Law Judge (ALJ) Decision of 3/7/2006 into this order and Contract GS09P00NZD0002. The Decision increased the hourly rate for Guard II classification in Wage Determination #94-2057, and is applicable to employees covered by the CBA between USProtect and the UGSOA Local 52 which performs Guard II services only in the County of San Diego.

Id. Thus, to the extent the Court finds that 29 C.F.R. section 4.163(c) has been triggered, the defendants have already performed the duty set forth in that provision. See, e.g., Plaintiffs' Surreply to Defendant DHS'S Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss, at 3 ("Clearly, DHS is acting in compliance with its obligations under the SCA by issuing the

Amendment of Solicitation.").[1]

## CONCLUSION

For these reasons, defendants contend that 29 C.F.R. section 4.163(c) does not impose any mandatory duty upon the defendants and, assuming it did, defendants have performed the duty mandated by that section. Thus, defendants respectfully request that their motion for dismissal be granted.

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[1] Furthermore, USProtect has already submitted an invoice for payment of the rate increase to USGOA's employees, see Ex. A (USProtect Invoice), and this invoice has been paid. See Ex. B (Payment Request Transaction Screen).

Of Counsel:

Jennifer Longmeyer-Wood
D.C. Bar # 470356
Associate Legal Advisor
Department of Homeland Security
Immigration and Customs Enforcement
425 I Street, NW
Suite 6100
Washington, DC 20536

# EXHIBIT A

# USProtect

801 Roeder Road, Suite 1000
Silver Spring, Maryland 20910
301.587.8001

| INVOICE | 2877 |
|---|---|
| Type | |
| Date | 11/30/2007 |
| Page | 1 |

**Bill to:**
DHS - San Diego
DHS/ICE Debt Management Center
P.O. Box 1279
Williston VT  05495-1279

**Ship to:**
DHS - San Diego
ICE/FPS Reg Contracting Office
450 Golden Gate Ave, Ste5-5474
San Francisco CA  94102-3434

| Customer ID | Purchase Order ID | ACT Number | Project ID | Payment Terms ID |
|---|---|---|---|---|
| GSA01 | HSCENZ-06-F-F00008 | PJ6R94003MOD7 | 6001 | Net 30 |

| Item ID | Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| SECURITY GUARD SERVICE | DOL ALJ Decision of 3/7/06: Rate Increase for Guard II in WD# 94-2057 and applicable to employees under UGSOA Local 52. DUNS 05-517-3863 | 1.00 | $494,831.95 | $494,831.95 |

"I certify that all payments requested are appropriate and in accordance with the contract."
Prepared by Ellen Chuang, Sr Financial Analyst
240-247-5070 (direct); echuang@usprotect.com

| | |
|---|---|
| Subtotal | $494,831.95 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $494,831.95 |

SEP-20-2007 THU 07:22 PM FPS R8 DENVER CO          FAX NO. 3032367965                P. 02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 / 2 |
|---|---|---|

**2. AMENDMENT/MODIFICATION NO.** P00007
**3. EFFECTIVE DATE** 03/07/2006
**4. REQUISITION/PURCHASE REQ. NO.** PJ6R94003MOD7
**5. PROJECT NO. (If applicable)**

**6. ISSUED BY** CODE: ICE/FPS/WEST CCG
ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
Federal Ctr, Bldg 41, PO Box 25266
Denver CO 80225

**7. ADMINISTERED BY (If other than Item 6)** CODE: ICE/FPS/WEST CCG
ICE/FPS/West CCG/Region 9
Immigration and Customs Enforcement
Ofc of Acquisition Management - FPS
450 Golden Gate Avenue, Room 5474
Attn: Charlotte Dominguez
San Francisco CA 94102

**8. NAME AND ADDRESS OF CONTRACTOR**
USPROTECT CORPORATION
801 ROEDER ROAD STE 1000
SILVER SPRING MD 209104458

CODE: 055173863   FACILITY CODE:

**9A. AMENDMENT OF SOLICITATION NO.**
**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.** [X]
GS09P00NZD0002
HSCEN2-06-F-F00008
**10B. DATED (SEE ITEM 13)** 11/22/2005

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**
[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
PJ6R94003 .FPS 0005.P05.PP.401021000   19.69010020000000 GR251P00.000 000
Net Increase: $494,831.95

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[X] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
CHANGES CLAUSE 52.243-1 (AUG 1987)

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor [X] is not [ ] is required to sign this document and return ____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION**

The purpose of this Modification P00007 is to incorporate the Dept of Labor's Administrative Law Judge (ALJ) Decision of 3/7/2006 into this order and Contract GS09P00NZD0002. The Decision increased the hourly rate for Guard II classification in Wage Determination #94-2057, and is applicable to employees covered by the CBA between USProtect and the UGSOA Local 52 which perform Guard II services only in the County of San Diego. Details are provided on the following page and on the attached spreadsheet.

Order HSCEN2-06-F-F00008 is hereby increased by $494,831.95, from $11,104,334.64 to a new total amount of $11,599,166.59.

All other terms and conditions remain unchanged.
Continued ...

**15A. NAME AND TITLE OF SIGNER (Type or print)**
**15B. CONTRACTOR/OFFEROR**
**15C. DATE SIGNED**

**16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)**
Edward Pake
**16B. UNITED STATES OF AMERICA** (signature)
**16C. DATE SIGNED** 20 Sep 07

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS09P00NZD0002/HSCENZ-06-F-F00008/P00007 | PAGE 2 | OF 2 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
USPROTECT CORPORATION

| ITEM NO<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Discount Terms:<br>        Net 30<br>Delivery Location Code: CA0154<br>Various Locations<br>throughout San Diego County<br>San Diego CA<br><br>FOB: Destination<br>Period of Performance: 03/07/2006 to 09/30/2006<br><br>Add Item 0049 as follows: | | | | |
| 0049 | The locations affected by the ALJ Decision, effective 3/7/06 - 9/30/06, adjusted the Guard II hourly rate under WD# 94 2057 for San Diego County are identified as the following exhibits:<br><br>7B       7V<br>7C       7X<br>7D       7Y<br>7F       7Z<br>7H       7AA<br>7I       7DD<br>7J       7JJ<br>7K       7KK<br>7N       7VV<br>7O       7WW<br>7R       7XX<br>7S       7ZZ<br>7T<br><br>The amount of increase to the regular hourly rate is $4.63 and the amount of increase to the premium/overtime hourly rate is $6.15. These amounts include all applicable factors such as taxes and insurance.<br><br>This action results in 104,762.5 regular hours x $4.63 = $485,050.38 and 1,590.5 premium/overtime hours x $6.15 = $9,781.57 for a total amount of $494,831.95. | 1 | LS | 494,831.95 | 494,831.95 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

# EXHIBIT B

07/15/2008  14:02    4155223218    DHSFPS    PAGE  01/02

## Payment Request Transaction Screen - PMU03

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Bureau | 19 | Req Type | MOR | No. | 2877 09/06 | 0 | Date | 30-NOV-2007 |
| | | Status | PAID | 31-DEC-2007 | Trans No. | 1158266 | Total | 494,831.95 |
| | | Source | OBLIG | Type | MOR | No. | 499995 | 0 | | |
| DHS Document No. | P15A91002 | | | | | | | | | N |
| Date | Received | 28-NOV-2007 | | Returned | | | | | | |
| Payee | Type | V | No. | 30053 | 4 | Name | USPROTECT CORPORATION | | | |
| | Payment Office | DMC | | EPA | Y | Exchange Code | US | | | |
| Terms | (1) Net | 30 | P | 0.000 | W/H | 00 | (2) Net | 30 | P | 0.000 | W/H | 00 |
| Request Funds Override | | | Pay Items in Override | | | | | | | |
| Approval | Y | By | C A CORBIN | | | Date | 19-DEC-2007 | | | |
| Certify | Y | By | M L FRENCH | | | Date | 27-DEC-2007 | | | |

| P | Item No | Type | AH | Ind | Q | B | Matching Type | R | From/To Pay W/H | U | H | Emp No | IPP | Amount | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 2 | SERVCS | A | 1 | Y | Y | N | N | STD | Y | N | Y | N | | 0 | | 494,831.95 | |

| FCFY | 2007 | G/L Date | 31-DEC-2007 | RJ No | 95935 | Final | N | Status | PAID | T'S | MISC | 10848 |

### Account Distribution For This Item No, Type and MDL

| Acct | Qty | Unit Price | Amount | Fnl | Status | Status Date |
|---|---|---|---|---|---|---|
| 01 | 1.000 | 494,831.9500 | 494,831.95 | N | PAID | 28-DEC-2007 |

Description:

ACCS: 19 FPS 0005-P05 PP 40-10-21-000 19-69-0100-30-00-00-00 GE-25-1F-00 000000

BT: 96936   GL: 31-DEC-2007
DOC: 28-DEC-2007

MISC  10848   Date: 27-DEC-2007
Pmt: DMC   TO: PHIFC   Encl: 1   TREAS   Type: EFT   No: 10163008