UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA LOCAL UNION NO. 52**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ELAINE CHAO,** <br> **Secretary, U.S. Department of Labor**, *et al.*, <br><br> Defendants. | Case No.: 07-0173(CKK) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SUPPLEMENTAL BRIEF OUT OF TIME

COMES NOW Plaintiffs, by and through their undersigned counsel, and seek leave to file out of time their Supplemental Brief ordered by the Court. Plaintiffs' brief was due July 25, 2008; they seek leave to file the brief out of time on or before August 1, 2008. Plaintiffs have consulted with Defendants and they do not oppose the enlargement of time.

Plaintiffs' counsel realized Plaintiffs would need an enlargement of time July 24, 2008, and consulted with Defendants on that date. Plaintiffs' counsel was working on an affidavit for the complainant in Diaz del Castillo v. Dept. of Homeland Security, Agency Case No. HS-08-TSA-002139, which had to be submitted by July 25, 2008, or the agency would dismiss the claim. The case involves over twenty (20) separate claims of discrimination and the affidavit is over 100 pages. In the process of attempting to complete the extremely-lengthy affidavit on time, Plaintiffs' counsel simply forgot to file the motion for enlargement of time in this case. This same affidavit is the reason Plaintiffs are seeking an enlargement of time for their filing.

1

Plaintiffs' counsel apologizes to the Court for any inconvenience caused by the delay in filing this Motion seeking an enlargement of time.

Accordingly, Plaintiffs respectfully request that, for good cause shown and no objection by Defendants, the Court grant their Motion for Leave to File their Supplemental Brief Out of Time.

Respectfully submitted,

*/s/ Leslie Deak*
Leslie Deak, Esq. [PA0009]
**Law Offices of Leslie Deak**
1016 16th Street, N.W., Suite 300
Washington, D.C. 20036
Tel.: (202) 822-8736
Fax: (202) 862-4432
deaklaw@comcast.com

and

*/s/ John A. Tucker*
John A. Tucker (0052055 - OH. S.Ct.)
**John A. Tucker Co., L.P.A**
1 South Main Street, Suite 301
Akron, Ohio 44308
Phone: (330) 253-7100
Fax: (330) 253-2500
jatucker@jatuckerlaw.com

ATTORNEYS FOR PLAINTIFFS,
INTERNATIONAL UNION, UNITED
GOVERNMENT SECURITY
OFFICERS OF AMERICA, and its LOCAL 52

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served via the Court's ECF system this 29th day of July, 2008, upon all counsel of record.

*/s/ Leslie Deak*
Leslie Deak, Esq. [PA0009]